# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| SLEEP TIGHT DIAGNOSTIC CENTER, LLC, | : | |
| | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 18-03556 (FLW)(DEA) |
| v. | : | |
| | : | **ORDER** |
| AETNA INC., AETNA HEALTH INC., AND AETNA LIFE INSURANCE. COMPANY, | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

**THIS MATTER** having been opened to the Court by Colin J. O'Boyle, Esq., counsel for Defendants Aetna, Inc., Aetna Health Inc., and Aetna Life Insurance Company ("Aetna" or "Defendants"), on a Motion to dismiss Plaintiff Sleep Tight Diagnostic Center, LLC's ( "Plaintiff") First Amended Complaint,[1] pursuant to Federal Rule of Civil Procedure 12(b)(6), on the basis of ERISA preemption, lack of standing, and the failure to exhaust administrative remedies; it appearing that Sleep Tight, through its counsel, John W. Leardi, Esq., opposes the motion; the Court having considered the submissions of the parties without oral argument, pursuant to Fed. R. Civ. P. 78; for the reasons set forth in the Opinion filed on this date, and for good cause shown,

**IT IS** on this 27th day of June, 2019,

**ORDERED** that Aetna's Motion to dismiss is **GRANTED** in part and **DENIED** in part as follows:

---

[1]     In the First Amended Complaint, Plaintiff seeks to recover insurance benefits on behalf of twenty-five patients who were provided sleep study services, including: A.K., A.O., C.A., C.W., G.J., H.H., J.B., J.F., J.W., K.B., L.F., M.P., R.B., R.F., Ri. M., Rob. M., Rog. M., S.B., T.C., A.T., A.Y., P.D., R.T., S.L., and M.T.

**ORDERED** that Plaintiff's claims relating to G.J., H.H., J.F., J.W., L.F., M.P., R.B., Ri. M., Rog. M., S.B., T.C., P.D., R.T., and M.T. are dismissed; it is further

**ORDERED** that the Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims with respect to A.T., A.Y., and S.L.; it is further

**ORDERED** that the Motion is denied as to the claims relating to A.K., A.O., C.A., C.W., J.B., K.B., R.F., and Rob. M; and it is further

**ORDERED** that, by July 26, 2019, Plaintiff is directed to show cause, in writing, why its denial of benefits claims as to those remaining insureds should not be dismissed on *forum non-conveniens* grounds.

<u>/s/ Freda L. Wolfson</u>
Freda L. Wolfson
U.S. Chief District Judge