

BUTTACI LEARDI & WERNER LLC
212 Carnegie Center, Suite 202
Princeton, NJ 08540
609-799-5150
609-799-5180 FAX
www.buttacilaw.com

ELIZABETH A. RICE, ESQ.
ATTORNEY, DC, MD, & NJ BARS
DIRECT EXTENSION: 116
E-MAIL: EARICE@BUTTACILAW.COM

November 12, 2019

**VIA ELECTRONIC CASE FILING**
William T. Walsh
Clerk, United States District Court
Clarkson S. Fisher Building
 & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

  Re: <u>Sleep Tight Diagnostic Center, LLC v. Aetna, Inc. et al.</u>
     Case No. 3:18-cv-3556 (FLW)(DEA)

Dear Mr. Walsh:

  This firm is legal counsel to Plaintiff Sleep Tight Diagnostic Center, LLC in the above-referenced matter. Attorney Mark Anthony Nehme, who entered a Notice of Appearance in this matter on 01/09/2019 (Dkt. 25) is no longer associated with our firm. As such, we respectfully request that his appearance be withdrawn from this case immediately. Sleep Tight shall continue to be represented by John W. Leardi and Elizabeth A. Rice of our firm.

  Thank you for your attention to this matter. Please feel free to contact me directly with any questions or concerns, or if you require any further information.

        Respectfully yours,

        BUTTACI LEARDI & WERNER LLC

        */s/ Elizabeth A. Rice*

        Elizabeth A Rice, Esq.
        An Attorney of the Firm

EAR/
cc: All Counsel of Record (via electronic case filing only)