UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SLEEP TIGHT DIAGNOSTIC CENTER, LLC, | : : : : |
| Plaintiff, | : Civil Action No.: 18-3556 (FLW) |
| v. | : |
| | : **ORDER** |
| AETNA INC., AETNA HEALTH INC., AND AETNA LIFE INSURANCE COMPANY, | : : : : |
| Defendants. | : : |

**THIS MATTER** having been opened to the Court by Mark A. Nehme, Esq., counsel for Sleep Tight Diagnostic Center, LLC ("Sleep Tight"), on a Motion for reconsideration of the Court's June 28, 2019 Opinion and Order; it appearing that Defendants Aetna, Inc., Aetna Health Inc., and Aetna Life Insurance Company, through their counsel, Colin J. O'Boyle, Esq., oppose the Motion; the Court having considered the submissions of the parties without oral argument, pursuant to Fed. R. Civ. P. 78; for the reasons set forth in the Opinion filed on this date, and for good cause shown,

**IT IS** on this 27th day of February, 2020,

**ORDERED** that Sleep Tight's Motion for reconsideration is **DENIED**.

/s/ Freda L. Wolfson
Freda L. Wolfson
U.S. Chief District Judge