

A Professional Corporation

925 Harvest Drive - Suite 300
Blue Bell, Pennsylvania 19422
Phone: (215) 977-1000 • Fax: (215) 977-1099
www.elliottgreenleaf.com

Colin J. O'Boyle
E-mail: cjo@elliottgreenleaf.com
Direct Dial: (215) 977-1054

January 29, 2021

**Via Electronic Mail**
Hon. Freda L. Wolfson, Chief Judge
United States District Court
    For The District of New Jersey
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, New Jersey 08608
Email: njdnef_wolfson@njd.uscourts.gov

> RE: ***Sleep Tigltt Diagnostic Center, LLC v. Aetna, Inc. et al***
> **Case No. 3:18-cv-3556 (FLW) (DEA)**

Dear Judge Wolfson:

This firm represents Defendants in the above-referenced matter. I am writing with the consent of Plaintiff and consistent with the Court's Judicial Preferences to request the Court's approval of an adjusted briefing schedule for Plaintiffs Motion for Reconsideration (Dkt. 39).

The parties have reached an agreement on, and now jointly propose, the following additional modification to the current briefing schedule for that motion.

| Event | Current Due Date | Proposed Due Date |
|---|---|---|
| Opposition Papers | February 2, 2021 | February 16, 2021 |
| Reply Briefing | February 9, 2021 | February 22, 2021 |
| Motion Day | February 16, 2021 | March 1, 2021 |

We have included a "So Ordered" provision at the end of this letter in the hope that this proposal is acceptable.

Hon. Freda L. Wolfson; Chief Judge
January 29, 2021
Page 2

Thank you in advance for your time and consideration, and, should you have any questions, please do not hesitate to have chambers contact me directly.

Respectfully yours,

/s/ Colin J. O'Boyle
COLIN J. O'BOYLE

cc: John W. Leardi, Esquire
(via electronic email: jwleardi@buttacilaw.com)
Nicole P. Allocca, Esquire
(via electronic email: npallocca@buttacilaw.com)

**SO ORDERED,** this 30th day of January, 2021

/s/ Freda L. Wolfson
The Honorable Freda L. Wolfson
U.S. Chief District Judge

**ORDERED that Motion for Reconsideration shall be administratively terminated pending the parties' briefing. It shall be re-listed when it is fully briefed.**